UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |

**This document relates to:**
*Nielsen v. Davol, Inc., et al.*
Case No. 2:19-cv-2475

### ORDER

This matter is before the Court on a Joint Motion to Dismiss Claims Against Ethicon, Inc. and Johnson & Johnson With Prejudice brought by Plaintiff Carrie Nielsen and Defendants Johnson & Johnson and Ethicon, Inc. pursuant to Federal Rule of Civil Procedure 21.  (ECF No. 21.)  Under Rule 21, "the court may at any time, on just terms, add or drop a party."  Fed. R. Civ. P. 21.  The Joint Motion states that Plaintiff's claims against Johnson & Johnson and Ethicon, Inc. have been resolved.  (Mot., ECF No. 21, PageID 301).

The Court **GRANTS** the Joint Motion (ECF No. 21) and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Johnson & Johnson and Ethicon, Inc.  Plaintiff's claims against Defendants Davol, Inc. and C.R. Bard, Inc. remain pending.

This case remains open.

**IT IS SO ORDERED.**

| | |
|---|---|
| **4/11/2025**<br>**DATE** | **s/Edmund A. Sargus, Jr.**<br>**EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |